Stephen Montoya (#011791)
**Montoya, Lucero & Pastor, P.A.**
3200 North Central Avenue, Suite 2550
Phoenix, Arizona 85012
602-256-6718 (telephone)
602-256-6667 (fax)
stephen@montoyalawgroup.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tiffany Hill,<br><br>Plaintiff,<br><br>vs.<br><br>State of Arizona,<br><br>Defendant. | No.<br><br>**COMPLAINT**<br><br>(Jury Trial Demanded) |

For her Complaint against Defendant, Plaintiff alleges the following:

1. This is an action seeking to redress gender discrimination and retaliation in the public workplace brought by Ms. Tiffany Hill against her former employer, the State of Arizona, Department of Juvenile Corrections, under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, as amended.

2. This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331, 1343(4) and 42 U.S.C. § 2000e.

3. This Court has personal jurisdiction over the parties to this dispute because the conduct alleged in this Complaint transpired in Maricopa County, Arizona.

4. Venue is proper in this District under 28 U.S.C. § 1391(b) and 42 U.S.C. § 2000e-5(f)(3).

5. Tiffany Hill is a native-born citizen of the United States of America residing in

Maricopa County, Arizona.

6. Ms. Hill is female in gender.

7. The Arizona Department of Juvenile Corrections is a department of the State of Arizona owned and operated by the State of Arizona.

8. Ms. Hill was employed by the State of Arizona at the Arizona Department of Juvenile Corrections as a Youth Corrections Officer from approximately February 17, 2015 to approximately June 2, 2017.

9. Ms. Hill's job performance was satisfactory to excellent during her entire tenure of employment with the State.

10. During this time period, Ms. Hill was subjected to virtually constant offensive sexual comments by her coworkers and supervisors.

11. For example, Ms. Hill was repeatedly referred to as "tits," repeatedly asked about her breast size, asked by a male coworker to text him naked photographs of herself and told by a supervisor that she could not transfer to a better position because a male employee working in the same area "wanted to fuck her."

12. Many of the offensive, sexually charged comments that the State subjected Ms. Hill to at work were made in the presence of inmates, which both humiliated Ms. Hill and endangered her safety.

13. Although Ms. Hill repeatedly complained about these offensive comments to various supervisors, her complaints were first ignored and then trivialized and deemed groundless.

14. Moreover, in retaliation for Ms. Hill's complaints, her coworkers failed to protect and support her when she was assaulted by a juvenile inmate and she was consequently severely injured on the job.

15. The State also retaliatorily failed to take appropriate corrective measures in response to the aggravated assault.

16. To the contrary, the State failed to preserve evidence of the assault and failed to insure that the inmate was prosecuted for his criminal misconduct.

17. Ms. Hill was ultimately forced to resign her position on June 2, 2017 based on the misconduct summarized above and in fear for her physical safety.

18. As a proximate result of the discriminatory harassment summarized above, Ms. Hill has suffered anxiety, fear, depression, loss of sleep, loss of self-esteem and lost wages.

19. Ms. Hill filed a Charge of Discrimination against the State of Arizona with the United States Equal Employment Opportunity Commission ("EEOC") on November 8, 2017, based upon the State's discriminatory conduct. See attached Exhibit A.

20. Ms. Hill has satisfied all of the requirements for initiating this action by exhausting her administrative remedies with the EEOC and by filing this Complaint within ninety days of her receipt of a Right to Sue letter from the EEOC. See attached Exhibit B.

21. Pursuant to Rule 38 (b) of Federal Rules of Civil Procedure, Ms. Hill hereby demands a trial by jury.

**WHEREFORE**, Ms. Hill respectfully requests the Court to:

A. Issue a judgment declaring that the conduct of Defendant as described above violated Plaintiff's rights under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, as amended;

B. Issue preliminary and permanent injunctions against Defendant enjoining it from committing similar unlawful acts in the future;

C. Issue a judgment awarding Plaintiff nominal, compensatory and punitive damages against Defendant in amounts to be determined by the finder-of-fact at trial;

D. Issue a judgment awarding Plaintiff reasonable costs and attorney fees against Defendant pursuant to 42 U.S.C. § 2000e and any other applicable law; and

E. Issue a judgment awarding Plaintiff all other relief that is just and proper against Defendant under the circumstances.

3

Respectfully submitted this 23rd day of October 2019.

**MONTOYA, LUCERO & PASTOR, P.A.**

_____
Stephen Montoya
3200 North Central Avenue, Suite 2550
Phoenix, Arizona 85012
Attorney for Plaintiff

I hereby certify that on October 23, 2019, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF System for filing.

_____